## STATE V. HARDAGE.

*Habeas Corpus.*

(Decided Dec. 17, 1908.)

APPEAL from order of Chancellor granting bail.

Heard before Hon. L. D. GARDNER.

ALEXANDER M. GARBER, Attorney General, for the State. F. B. BRICKEN, and POWELL, HAMILTON & LANE, for appellee.

DOWDELL, J.—The finding of the chancellor is affirmed.

TYSON, C. J., ANDERSON and McCLELLAN, JJ., concur.